IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

NICOHLE BALLARD,

          Plaintiff,

vs.

3D CONSTRUCTION, LLC, and
LAURA DANIEL

          Defendants.

Case No: 2:16-cv-00277

(On Removal from Wood County
Circuit Court, Civil Action No. 15-C-573)

## NOTICE OF REMOVAL

Defendants 3D Construction, LLC, and Laura Daniel, by counsel, hereby give notice, pursuant to Title 28, Section 1446, of the United States Code, of the removal to this Court of this action, which was originally commenced against Defendants in the Circuit Court of Wood County, West Virginia. In support of the removal of this action, Defendants state as follows:

    1.    On or about December 10, 2015, Plaintiff Nichole Ballard filed a lawsuit in the Circuit Court of Wood County, West Virginia, Civil Action No. 15-C-573, against Defendants (the "Wood County Civil Action"). Defendant Laura Daniel was served with a summons and a copy of the Complaint on December 22, 2015. Defendant 3D Construction, LLC, was served with a summons and a copy of the Complaint through the West Virginia Secretary of State on December 28, 2015. Pursuant to Title 28, Section 1446(a) of the United States Code, Defendants have attached hereto certified copies of the entire record, together with the docket sheet, concerning the Wood County Civil Action. See State Court Record, copy attached as

"Exhibit A."

2.      In her Complaint, Plaintiff asserts seven counts against Defendants: sexual harassment under the West Virginia Human Rights Act, W. Va. Code § 5-11-1, et seq. (WVHRA); "violation of substantial public policy" concerning sexual harassment; gender discrimination under the WVHRA; "violation of substantial public policy" concerning gender discrimination; violations of the United States Fair Labor Standards Act, 29 U.S.C. § 201, et seq; and invasion of privacy.

3.      Removal is appropriate in this case based on federal question jurisdiction. Specifically, Plaintiff's claim that Defendants interfered with her rights pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq., arises under the Constitution and laws of the United States.  It is well-established that FLSA claims are removable to federal court. See Breur v. Jim's Concrete of Bevard, Inc., 538 U.S. 691 (2003).  Accordingly, federal question jurisdiction exists with this Court under Title 28, Section 1331 of the United States Code and this action is removable under Title 28, Section 1441(a) of the United States Code.

4.      Federal jurisdiction may be exercised over the supplemental state law claims plead by Plaintiff because they arise from the same nucleus of operative fact.  See 28 U.S.C. § 1367. Each of Plaintiff's claims arises out of her employment with Defendant 3D Construction, LLC, and related interactions with Defendant Laura Daniel.  See Ex. A at Complaint.  The pendent state law claims are properly removed to this Court pursuant to Title 28, Section 1367(a) of the United States Code.

5. This Notice is filed within thirty (30) days after service of the summons and complaint upon Defendant 3D Construction, LLC's registered agent and is timely pursuant to Title 28, Section 1446(b) of the United States Code.

6. This Court is the district court of the United States for the district and division embracing the place where the action is currently pending. See L.R. Civ. P. 77.2

7. Pursuant to Title 28, Section 1446, of the United States Code, a copy of the "Notice of Removal" will be delivered to the Clerk of the Circuit Court of Wood County, West Virginia. A copy of the "Notice of Filing of Notice of Removal," which will be forwarded to the State Court for filing is attached hereto as "Exhibit B."

    /s/ Jamison H. Cooper
Daniel C. Cooper (WV Bar No. 5476)
dan.cooper@cooperlawwv.com
Jamison H. Cooper (WV Bar No. 8043)
jami.cooper@cooperlawwv.com
Cooper Law Offices, PLLC
240 W. Main St.
Bridgeport, WV 26330
T: (304) 842-0505
F: (304) 842-0544
***Counsel for Defendant Primary Aim, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2016, the foregoing "Notice of Removal" was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record.  Additionally, I have served a true copy of the foregoing by depositing the same in the United States Mail, first class, postage prepaid, in an envelope addressed as follows:

>Amy C. Crossan, Esq.
>Bouchillon, Crossan & Colburn, L.C.
>731 Fifth Avenue
>Huntington, WV 25701

>    /s/  Jamison H. Cooper
>Daniel C. Cooper (WV Bar No. 5476)
>dan.cooper@cooperlawwv.com
>Jamison H. Cooper (WV Bar No. 8043)
>jami.cooper@cooperlawwv.com
>Cooper Law Offices, PLLC
>240 W. Main St.
>Bridgeport, WV 26330
>T:  (304) 842-0505
>F:  (304) 842-0544
>***Counsel for Defendant Primary Aim, LLC***